UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDRIA H. KENNEDY, | ) | |
| | ) | 2:09-cv-00716-RCJ-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHRIS BUFAHL, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court for consideration is the Report of Findings and Recommendation of United States Magistrate Judge Peggy A. Leen, entered February 22, 2010 (#4). Within the Report of Findings and Recommendation, Judge Leen recommends that Plaintiff's Application to Proceed *In Forma Pauperis* be DENIED and that this action be DISMISSED without prejudice to the Plaintiff's ability to commence a new action in which she either pays the appropriate filing fee in full, or submits a completed application to proceed *in forma pauperis*. No objections have been filed.

As such, IT IS SO ORDERED that Magistrate Judge Leen's Report of Findings and Recommendationr (#4) is AFFIRMED and ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* be DENIED and that this action be DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED: March 15, 2010

_____
UNITED STATED DISTRICT COURT